

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 16-04.
TERESA D. UNDERWOOD, CLERK OF BANKRUPTCY COURT

BY: /s/ Stephanie Pete
     **Deputy Clerk**

Dated: 02:39 PM February 14 2019

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| In re: | CHAPTER 7 BANKRUPTCY |
| ROBERT CUMMINGS, | CASE NO. 19-50189 |
| Debtor. | JUDGE ALAN M. KOSCHIK |
| | **ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS** |

This matter is before the Court on Debtor Robert Cummings' Motion for Additional Time to File Missing Documents. The Court finds said Motion well-taken.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that Mr. Cummings may have until February 28, 2019, to file missing documents in this case.

IT IS SO ORDERED.

###

Submitted and Approved by:

/s/ Rebecca J. Sremack
Rebecca J. Sremack
Ohio Reg. No. 0092313
2745 S. Arlington Rd.
Akron, OH 44312
Phone: (330) 644-0061
Fax: (330) 644-7241
Email: info@sremacklaw.com


cc: Robert Cummings
2325 Bailey Rd.
Cuyahoga Falls OH 44221

| Trustee Harold Corzin | United States Trustee |
|---|---|
| *via ECF* | *via ECF* |