

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, ACTING CLERK OF BANKRUPTCY COURT

BY: /s/ Stephanie Pete
**Deputy Clerk**

Dated: 03:50 PM October 10 2019

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 19-50189 |
| Robert Cummings | ) |
| | ) Alan M. Koschik |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) ORDER CHANGING EMPLOYER |
| **Last 4 digits of SSN: 4500** | ) DEDUCTIONS PURSUANT TO |
| | ) PER 10/8/19 AMENDED PLAN |
| | ) |
| | ) |

It appearing to the Court that the payment by the Debtor(s) must be changed to properly fund the Chapter 13 Plan repayment.

IT IS, THEREFORE, ORDERED:

That the Debtor's employer, ORIANA HOUSE INC, change the deduction to **$100.00 MONTHLY** from the Debtor's wages and forward the same to the following address:

**OFFICE OF THE CHAPTER 13 TRUSTEE
KEITH L. RUCINSKI, CHAPTER 13 TRUSTEE
3600 MOMENTUM PLACE
CHICAGO, IL 60689-5336**

**\*\*PLEASE IDENTIFY WITH REMITTANCE THE NAME AND CASE NUMBER:**
19-50189
Robert Cummings

###

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

cc: **Robert Cummings**
**2325 Bailey Rd.**
**Cuyahoga Falls, OH 44221**
**(Via Regular Mail)**

REBECCA J SREMACK ESQ (via ECF)

Keith L. Rucinski. Chapter 13 Trustee (via ECF)

ORIANA HOUSE INC
885 E BUCHTEL AVE
AKRON, OH 44305
(Via Regular Mail)

Office of the US Trustee (via ECF)

**If you have any questions regarding this information please contact:**
**Office of the Chapter 13 Trustee**
**330-762-6335**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072