```
                         United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                              Case No. 19-50189-amk
Robert Cummings                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5      User: spete           Page 1 of 1           Date Rcvd: Oct 10, 2019
                          Form ID: pdf746       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             +Robert Cummings,    2325 Bailey Rd.,    Cuyahoga Falls, OH 44221-3421
tr             +Harold A. Corzin,    304 N Cleveland-Massillon Road,    Commonwealth Square,
                 Akron, OH 44333-9302
               +ORIANA HOUSE INC,    ATTN: PAYROLL DEPT,    885 E BUCHTEL AVE,    AKRON, OH 44305-2338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 10 2019 22:30:12      Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Harold A. Corzin    hcorzin@csu-law.com, ccorzin@aol.com;oh32@ecfcbis.com
              Keith Rucinski    efilings@ch13akron.com
              Rebecca J. Sremack    on behalf of Trustee Keith Rucinski rebecca@sremacklaw.com
              Rebecca J. Sremack    on behalf of Debtor Robert Cummings rebecca@sremacklaw.com
                                                                                              TOTAL: 4



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, ACTING CLERK OF BANKRUPTCY COURT

BY: /s/ Stephanie Pete
**Deputy Clerk**

Dated: 03:50 PM October 10 2019

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

### THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 19-50189 |
| Robert Cummings | ) |
| | ) Alan M. Koschik |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) ORDER CHANGING EMPLOYER |
| **Last 4 digits of SSN: 4500** | ) DEDUCTIONS PURSUANT TO |
| | ) PER 10/8/19 AMENDED PLAN |
| | ) |
| | ) |

It appearing to the Court that the payment by the Debtor(s) must be changed to properly fund the Chapter 13 Plan repayment.

IT IS, THEREFORE, ORDERED:

That the Debtor's employer, ORIANA HOUSE INC, change the deduction to **$100.00 MONTHLY** from the Debtor's wages and forward the same to the following address:

**OFFICE OF THE CHAPTER 13 TRUSTEE
KEITH L. RUCINSKI, CHAPTER 13 TRUSTEE
3600 MOMENTUM PLACE
CHICAGO, IL 60689-5336**

**\*\*PLEASE IDENTIFY WITH REMITTANCE THE NAME AND CASE NUMBER:**
19-50189
Robert Cummings

###

Respectfully submitted,

/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**If you have any questions regarding this information please contact:**
**Office of the Chapter 13 Trustee**
**330-762-6335**

cc: **Robert Cummings**
 **2325 Bailey Rd.**
 **Cuyahoga Falls, OH 44221**
 **(Via Regular Mail)**

 REBECCA J SREMACK ESQ (via ECF)

 Keith L. Rucinski. Chapter 13 Trustee (via ECF)

 ORIANA HOUSE INC
 885 E BUCHTEL AVE
 AKRON, OH 44305
 (Via Regular Mail)

 Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072