IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 13 |
| **ROBERT CUMMINGS,** | CASE NO. 19-50189 |
| *Debtor.* | JUDGE: ALAN M. KOSCHIK |

### AMENDED NOTICE OF DEBTOR'S MOTION TO RELEASE FUNDS TO DEBTOR

Debtor Robert Cummings has filed a Motion for excess funds to be released to him in the above-referenced case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to authorize the Motion, or if you want the Court to consider your views on the Motion, then on or before **March 24, 2020**, you or your attorney must:

File with the court written objections and request for a hearing, and a written response explaining your position at:

Clerk of Courts, U.S. Bankruptcy Court
John F. Seiberling Federal Building & U.S. Courthouse
2 South Main Street
Akron, OH 44308

If you mail your request/response to the Court for filing, you must mail it early enough so that the Court will receive it on or by the date stated above. You must also mail a copy to:

Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312

If you or your attorney do not take these steps, then the Court may decide that you do not oppose the Motion and may enter an Order granting the Motion.

**NOTICE**

**No hearing shall be held on the foregoing Motion, and the same shall be granted without a hearing unless a party in interest files with the Court a written request for hearing within 21 days of this filing, and serves a copy of the said hearing request upon the attorney for the Debtor. 11 U.S.C. § 102(1)(b).**

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Debtor*

# CERTIFICATE OF SERVICE

I certify that on March 2, 2020, a true and correct copy of the foregoing *Amended Notice of Debtor's Motion to Release Excess Funds to Debtor* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    The U.S. Trustee

    Trustee Keith Rucinski at <efilings@ch13akron.com>

    Rebecca J. Sremack on behalf of Debtor Robert Cummings at <rebecca@sremacklaw.com>

And by regular U.S. mail, postage prepaid, upon the creditors listed on the following page.

 

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 19-50189-amk<br>Northern District of Ohio<br>Akron<br>Sun Mar  1 10:18:16 EST 2020 | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 | Capital One Bank<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Capital One Bank USA NA<br>ATTN: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | HYUNDAI CAPITAL AMERICA DBA<br>HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728-0809 | Hyundai Motor Finance<br>PO Box 20829<br>Fountain Valley CA 92728-0829 |
| Old Navy<br>PO Box 965004<br>Orlando, FL 32896-5004 | (p)PNC BANK<br>6750 MILLER ROAD<br>BRECKSVILLE OH 44141-3239 | TIMBERTOP CONDOMINIUMS<br>c/o KAMAN & CUSIMANO, LLC<br>50 Public Square, Suite 2000<br>Cleveland, OH 44113-2215 |
| Target<br>PO Box 9500<br>Minneapolis, MN 55440-9500 | Timbertop Condominium No. 2<br>333 S Main St Ste 702<br>Akron, OH 44308-1228 | Harold A. Corzin<br>304 N Cleveland-Massillon Road<br>Commonwealth Square<br>Akron, OH 44333-9302 |
| Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308-1160 | Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312-4713 | Robert Cummings<br>2325 Bailey Rd.<br>Cuyahoga Falls, OH 44221-3421 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PNC Bank<br>6750 Miller Road<br>Brecksville, OH 44141 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |