THE UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 19-50189 |
| **ROBERT CUMMINGS** | ) | |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | MOTION TO SUSPEND PLAN |
| | ) | PAYMENTS OR TEMPORARY |
| | ) | REDUCE PLAN PAYMENTS |

-------------------------------------------------------------------------------------------------------------------

Now comes the Debtor(s), by and through undersigned counsel, and hereby moves this Court, pursuant to 11 USC Section 1326, for permission to:

**Non-Conduit Mortgage Chapter 13 Plan**

_XX_      Suspend all plan payments for the following number of days: **90** days to begin on the date that the Court approves an order to suspend plan payments. The Debtor(s)'s plan does not provide for conduit mortgage payments as defined in Administrative Order 16-01.

**Conduit Mortgage Chapter 13 Plan**

_____      Reduce plan payments to (amount of reduced payment) for the following number of days: (insert number) days to begin on the date that the Court approves an order to reduce plan payments. The Debtor(s)'s plan provides for conduit mortgage payments as defined in Administrative Order 16-01.

**Note:** *Plan payments shall not be lowered to an amount which will prohibit the Trustee from making the monthly conduit payments unless the mortgage lender is given notice pursuant to Bankruptcy Procedural Rule 3015.*

> **The Debtor has lost his job and requests a suspension of payments while he finds new employment.**

This pay suspension will not reduce the amount that the Debtor(s) is obligated to pay creditors under the confirmed Chapter 13 plan.

During the pay suspension period, secured creditors which have filed and been allowed interest on their claim shall continue to receive said interest. During the pay suspension period, interest will continue to accrue on the secured claims which have requested interest.

The Debtor(s) understand the periods of payment suspension do not waive the requirement to make the required monthly payments for the applicable commitment period. The pay suspension period shall be added to the time the Debtor(s) is/are in the Chapter 13 case.

The Chapter 13 Trustee shall be authorized to return funds received in excess of the monthly plan payment authorized by this motion directly to the Debtor(s). The Debtor(s) shall not be required to make a separate application for these funds.

WHEREFORE, the Debtor(s) respectfully requests the change in their Chapter 13 plan payments as detailed herein.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 S. Arlington Rd.
Akron, OH 44312
info@sremacklaw.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify on September 25, 2023, a copy of the foregoing was sent to:

Robert Cummings
3731 Edinburgh Dr.
Uniontown OH 44685

Rebecca J. Sremack (via ECF)
Keith L. Rucinski, Chapter 13 Trustee (via ECF)
US Trustee (via ECF)