CHAPTER 13
{TrusteeName}
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 19-50189
Robert Cummings )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRUSTEE'S MOTION TO DISMISS DUE TO
) FAILURE OF DEBTOR(S) TO MAKE PLAN
) PAYMENTS

-------------------------------------------------------------------------------------------

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and requests this Court to dismiss the Debtor(s) plan pursuant to 11 USC Section 1307(c)(1) as the Debtor(s) has failed to make required plan payments as required by 11 USC Section 1326. The failure to make plan payments is prejudicial to creditors who cannot be paid unless the Debtor(s) make plan payments. The Trustee states the following:

1. Debtor(s) has/have not been making his/her/their Chapter 13 Plan payments as ordered.
2. The case was filed on **04/17/2019**.
3. The monthly Plan payments are **$339.00**.
4. As of this date, the payments into the Plan should total **$7,602.00**.
5. As of this date, the payments into the Plan total **$5,741.95**.
6. As of this date, the arrearages total is **$843.05**.
7. The last payment was received on **10/10/2023.**
8. Plan payments were suspended September 27, 2023, through December 27, 2023.
9. Plan payments should have resumed in January, 2024.
10. The Trustee has deferred $1017.00 (not forgiven) to the end of the plan due to pay suspensions.
11. The payment history is attached to this motion.

## NOTICE TO ATTORNEYS

**\*\*Pursuant to this Court's Administrative Order 00-4, attorneys are required to file with the U.S. Bankruptcy Court a notice of no opposition or a notice of inability to communicate with the Debtor(s).**

**Attorneys may contact Holly Byler, at the Chapter 13 Trustee's Office at 330.762.6335 ext. 225 or hbyler@ch13akron.com to resolve this motion.**

**If attorneys do not file a response or contact the Chapter 13 Office by noon on Tuesday before the scheduled hearing, attorneys are required to appear at any Court hearing on this matter.**

**Debtor(s) may make a payment either online or by phone. To pay online visit www.chapter13info.com. To pay by phone call 1-888-439-5121.\*\***

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
{TrusteeName}
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

**CHAPTER 13**
{TrusteeName}
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on 02/21/2024, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Robert Cummings
3731 Edinburgh Drive
Uniontown, OH 44685

<u>Via ECF</u>

REBECCA J SREMACK ESQ (rebecca@sremacklaw.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

| | |
|---|---|
| Date of Service: 02/21/2024 | By: H. Byler |
| | Office of the Chapter 13 Trustee |

19-50189 ROBERT CUMMINTS

| Period | Date (Month/Year) | Payment Due | Total Payment Due | Payment Received | Total Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|---|---|
| 1 | 5/2019 | $78.00 | $78.00 | $72.00 | $72.00 | | $6.00 |
| 2 | 6/2019 | $78.00 | $156.00 | $72.00 | $144.00 | | $12.00 |
| 3 | 7/2019 | $78.00 | $234.00 | $72.00 | $216.00 | | $18.00 |
| 4 | 8/2019 | $78.00 | $312.00 | $72.00 | $288.00 | | $24.00 |
| 5 | 9/2019 | $78.00 | $390.00 | $72.00 | $360.00 | | $30.00 |
| 6 | 10/2019 | $100.00 | $490.00 | $72.00 | $432.00 | | $58.00 |
| 7 | 11/2019 | $100.00 | $590.00 | $200.00 | $632.00 | | ($42.00) |
| 8 | 12/2019 | $100.00 | $690.00 | $300.00 | $932.00 | | ($242.00) |
| 9 | 1/2020 | $100.00 | $790.00 | $146.15 | $1,078.15 | | ($288.15) |
| 10 | 2/2020 | $100.00 | $890.00 | $92.30 | $1,170.45 | | ($280.45) |
| 11 | 3/2020 | $100.00 | $990.00 | $92.30 | $1,262.75 | | ($272.75) |
| 12 | 4/2020 | $100.00 | $1,090.00 | ($225.85) | $1,036.90 | | $53.10 |
| 13 | 5/2020 | $100.00 | $1,190.00 | $138.45 | $1,175.35 | | $14.65 |
| 14 | 6/2020 | $100.00 | $1,290.00 | $92.30 | $1,267.65 | | $22.35 |
| 15 | 7/2020 | $100.00 | $1,390.00 | $92.30 | $1,359.95 | | $30.05 |
| 16 | 8/2020 | $100.00 | $1,490.00 | $138.45 | $1,498.40 | | ($8.40) |
| 17 | 9/2020 | $100.00 | $1,590.00 | $92.30 | $1,590.70 | | ($0.70) |
| 18 | 10/2020 | $100.00 | $1,690.00 | $92.30 | $1,683.00 | | $7.00 |
| 19 | 11/2020 | $100.00 | $1,790.00 | $92.30 | $1,775.30 | | $14.70 |
| 20 | 12/2020 | $100.00 | $1,890.00 | $92.30 | $1,867.60 | | $22.40 |
| 21 | 1/2021 | $100.00 | $1,990.00 | $92.30 | $1,959.90 | | $30.10 |
| 22 | 2/2021 | $100.00 | $2,090.00 | $138.45 | $2,098.35 | | ($8.35) |
| 23 | 3/2021 | $100.00 | $2,190.00 | $46.15 | $2,144.50 | | $45.50 |
| 24 | 4/2021 | $100.00 | $2,290.00 | $138.45 | $2,282.95 | | $7.05 |
| 25 | 5/2021 | $100.00 | $2,390.00 | $92.30 | $2,375.25 | | $14.75 |
| 26 | 6/2021 | $100.00 | $2,490.00 | $92.30 | $2,467.55 | | $22.45 |
| 27 | 7/2021 | $100.00 | $2,590.00 | $92.30 | $2,559.85 | | $30.15 |
| 28 | 8/2021 | $100.00 | $2,690.00 | $138.45 | $2,698.30 | | ($8.30) |
| 29 | 9/2021 | $100.00 | $2,790.00 | $46.15 | $2,744.45 | | $45.55 |
| 30 | 10/2021 | $100.00 | $2,890.00 | $138.45 | $2,882.90 | | $7.10 |

19-50189 ROBERT CUMMINTS

| Period | Date (Month/Year) | Payment Due | Total Payment Due | Payment Received | Total Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|---|---|
| 31 | 11/2021 | $100.00 | $2,990.00 | $92.30 | $2,975.20 | | $14.80 |
| 32 | 12/2021 | $100.00 | $3,090.00 | $92.30 | $3,067.50 | | $22.50 |
| 33 | 1/2022 | $100.00 | $3,190.00 | $138.45 | $3,205.95 | | ($15.95) |
| 34 | 2/2022 | $100.00 | $3,290.00 | $46.15 | $3,252.10 | | $37.90 |
| 35 | 3/2022 | $100.00 | $3,390.00 | $138.45 | $3,390.55 | | ($0.55) |
| 36 | 4/2022 | $100.00 | $3,490.00 | $92.30 | $3,482.85 | | $7.15 |
| 37 | 5/2022 | $100.00 | $3,590.00 | $92.30 | $3,575.15 | | $14.85 |
| 38 | 6/2022 | $100.00 | $3,690.00 | $92.30 | $3,667.45 | | $22.55 |
| 39 | 7/2022 | $100.00 | $3,790.00 | $138.45 | $3,805.90 | | ($15.90) |
| 40 | 8/2022 | $100.00 | $3,890.00 | $92.30 | $3,898.20 | | ($8.20) |
| 41 | 9/2022 | $100.00 | $3,990.00 | $92.30 | $3,990.50 | | ($0.50) |
| 42 | 10/2022 | $100.00 | $4,090.00 | $92.30 | $4,082.80 | | $7.20 |
| 43 | 11/2022 | $100.00 | $4,190.00 | $92.30 | $4,175.10 | | $14.90 |
| 44 | 12/2022 | $100.00 | $4,290.00 | $92.30 | $4,267.40 | | $22.60 |
| 45 | 1/2023 | $100.00 | $4,390.00 | $138.45 | $4,405.85 | | ($15.85) |
| 46 | 2/2023 | $100.00 | $4,490.00 | $46.15 | $4,452.00 | | $38.00 |
| 47 | 3/2023 | $100.00 | $4,590.00 | $138.45 | $4,590.45 | | ($0.45) |
| 48 | 4/2023 | $100.00 | $4,690.00 | $92.30 | $4,682.75 | | $7.25 |
| 49 | 5/2023 | $100.00 | $4,790.00 | $92.30 | $4,775.05 | | $14.95 |
| 50 | 6/2023 | $100.00 | $4,890.00 | $138.45 | $4,913.50 | | ($23.50) |
| 51 | 7/2023 | $339.00 | $5,229.00 | $202.61 | $5,116.11 | | $112.89 |
| 52 | 8/2023 | $339.00 | $5,568.00 | $156.46 | $5,272.57 | | $295.43 |
| 53 | 9/2023 | $339.00 | $5,907.00 | $469.38 | $5,741.95 | $1,017.00 (PAY SUSPENSION) | ($851.95) |
| 54 | 10/2023 | $339.00 | $6,246.00 | $0.00 | | | ($512.95) |
| 55 | 11/2023 | $339.00 | $6,585.00 | | | | ($173.95) |
| 56 | 12/2023 | $339.00 | $6,924.00 | | | | $165.05 |
| 57 | 1/2024 | $339.00 | $7,263.00 | | | | $504.05 |
| 58 | 2/2024 | $339.00 | $7,602.00 | | | | $843.05 |